## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                      Bk. No. 17-10056-BAH
                                                                                             Chapter 13
Jennifer-Lynn Keniston,
                Debtor(s)

### ORDER OF THE COURT

Hearing Date:            09/20/2017

Nature of Proceeding:    Doc# 27 Objection to Claim Number(s) 3,4,5,10,11,16 Filed by Debtor Jennifer-Lynn Keniston

Outcome of Hearing:

THE OBJECTIONS ARE OVERRULED WITHOUT PREJUDICE

IT IS SO ORDERED:

/s/ Bruce A. Harwood          09/20/2017
_____
Bruce A. Harwood
Chief Judge