**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                                                      Bk. No. 17-10056-BAH
                                                                                                   Chapter 13
Jennifer-Lynn Keniston,
                    Debtor(s)

**ORDER OF THE COURT**

Hearing Date:           09/20/2017

Nature of Proceeding:   Doc# 27 Objection to Claim Number(s) 3,4,5,10,11,16 Filed by Debtor Jennifer-Lynn Keniston

Outcome of Hearing:

THE OBJECTIONS ARE OVERRULED WITHOUT PREJUDICE

IT IS SO ORDERED:

/s/ Bruce A. Harwood        09/20/2017
_____
Bruce A. Harwood
Chief Judge